UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON WAYNE NAILLIEUX, | ) | Case No. CV 15-7638-GW (KK) |
| Plaintiff, | ) | |
| | ) | ORDER ACCEPTING AMENDED |
| v. | ) | FINDINGS AND RECOMMENDATION |
| | ) | OF UNITED STATES MAGISTRATE |
| LOS ANGELES COUNTY | ) | JUDGE |
| SHERIFF, et al., | ) | |
| Defendants. | ) | |
| | ) | |

        Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Complaint, Report and Recommendation, Amended Report and Recommendation, and all relevant records.  The Court accepts the findings and recommendation of the United States Magistrate Judge.

        IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

DATED:  June 6, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE