JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON WAYNE NAILLIEUX, | Case No. CV 15-7638-GW(KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| LOS ANGELES COUNTY SHERIFF, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED this action is dismissed without prejudice.

DATED: June 6, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE